IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHRISTOPHER DON BLOUNT                                                        PLAINTIFF

V.                              CIVIL NO. 06-5207

S. VINETTA, Deputy/Guard, Benton
County Detention Center; FOSTER,
Deputy/Guard, Benton County Detention
Center; and, HUNTER PETRAY, Jail
Commander, Benton County Detention
Center                                                                        DEFENDANTS

**O R D E R**

Plaintiff's complaint was filed in this case on October 23, 2006. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information with respect to his claims.

Accordingly, it is ordered that plaintiff, Billy Joe Wolf, complete and sign the attached addendum to his complaint, and return the same to the court **by December 18, 2006. Plaintiff is advised that should he fail to return the completed and executed addendum by December 18, 2006, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 22nd day of November 2006.

/s/ Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHRISTOPHER DON BLOUNT                                              PLAINTIFF

V.                              CIVIL NO. 06-5207

S. VINETTA, Deputy/Guard, Benton
County Detention Center; FOSTER,
Deputy/Guard, Benton County Detention
Center; and, HUNTER PETRAY, Jail
Commander, Benton County Detention
Center                                                              DEFENDANTS

## ADDENDUM TO COMPLAINT

TO: CHRISTOPHER BLOUNT

This form is sent to you so that you may assist the court in making a determination as to the issue of whether your complaint should be served upon the defendants. Accordingly, it is required that you fill out this form and send it back to the court **by December 18, 2006**. Failure to do so will result in the dismissal of your complaint.

The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

**RESPONSE**

In your complaint, you allege that Deputy Foster took your Book of Mormon from you, physically searched you, and then threw your Book of Mormon at you. You also state that you were then escorted, in front of inmates, to pod control where you were verbally threatened, slandered, profiled, and made to defend your religious beliefs. You contend that you and others have been denied a Spanish version of the Book of Mormon and have actually had your copy of the Book of

Mormon taken away from you. Further, you indicate that you have been denied medication to treat your bursitis.

1. Please provide the dates of your incarceration at the Benton County Detention Center ("BCDC").

Answer:

_____

_____

_____

_____

2. Why are you incarcerated at the BCDC? Are you awaiting trial on pending criminal charges, serving a sentence, or has your probation, parole, or supervised release been revoked?

Answer:

_____

_____

_____

_____

3. You state that Deputy Foster took your Book of Mormon from you; physically searched you; threw your Book of Mormon at you; and, escorted you, in front of inmates, to pod control where you were verbally threatened, slandered, profiled, and made to defend your religious beliefs. Please state the date this occurred.

Answer:

_____

_____

_____

_____

    4. What were you doing just prior to and at the time this alleged event occurred?

    Answer:

_____

_____

_____

_____

    5. Were you injured?

    YES _____     NO _____

    If so, describe your injuries and any medical treatment received or requested.

_____

_____

_____

_____

    6. You have indicated you were denied a Spanish version of the Book of Mormon. With respect to this allegation, please (a) state how not having this version of the Book of Mormon denies you your religious freedom; (b) who denied you your religious freedom; and (c) state what kept you from engaging in worship or otherwise following the dictates of your religion.

    Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

7. Did a member of your family or anyone else bring a Spanish version of the Book of Mormon to the BCDC for your use?

YES _____    NO _____

If you answered yes, please state: (a) who brought the Book of Mormon; and (b) whether you were allowed to use it.

_____

_____

_____

_____

_____

_____

_____

_____

_____

If you answered no, please state why you did not have anyone bring a Spanish version of the Book of Mormon to the BCDC for you.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

8. Does the BCDC provide inmates with a Spanish version of the Bible or other religious materials written in Spanish? Please explain your answer.

_____

_____

_____

_____

_____

9. Do you contend that BCDC treats Hispanic Mormons differently from members of other religions?

YES _____ NO _____

If so, please explain how.

_____

_____

_____

_____

_____

10. You state that your copy of the Book of Mormon was taken away from you. Who took it from you, when was it taken, how long were you without it, and was it returned?

_____

_____

_____

_____

11. Please (a) state how not having your Book of Mormon denied you your religious freedom and what kept you from engaging in worship or otherwise following the dictates of your religion while your Book of Mormon was gone.

Answer:

_____

_____

_____

_____

12. Do you currently have an English or Spanish version of the Book of Mormon?

Answer:

_____

_____

_____

_____

Are you able to read it?

YES _____   NO _____

13. You have named Deputy/Guard Vinnetta as a defendant. State in detail how you believe Vinnetta violated your federal constitutional rights.

Answer:

_____

_____

_____

7

_____

_____

_____

_____

_____

_____

_____

_____

14. You have named Deputy/Guard Foster as a defendant. State in detail how you believe Foster violated your federal constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

15. You have named Hunter Petray as a defendant. State in detail how you believe Hunter Petray violated your federal constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

16. You contend that you were denied medication for your bursitis. Who diagnosed you with this condition, when were diagnosed, what medication was prescribed, and who prescribed the medication?

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

17. Have the defendants been made aware of the fact that you have this diagnosis and have been prescribed medication?

YES _____    NO _____

18. Have you been denied medical care for this impairment?

YES _____    NO _____

If so, please state the date(s) medical care was denied and the name of the individual who denied you medical care.

_____

_____

_____

_____

_____

19. Are you suing the defendants in their individual capacity, official capacity, or both? Claims against individuals in their official capacities require proof that a policy or custom of the entity violated your rights. Personal capacity claims, on the other hand, are those which allege

personal liability for individual actions by officials in the course of their duties.

_____

_____

_____

_____

      I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

      _____
      CHRISTOPHER BLOUNT

      _____
      DATE