IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHRISTOPHER DON BLOUNT                          PLAINTIFF

        v.                   Civil No. 06-5207

S. VINETTA, Deputy/Guard,
Benton County Detention Center;
FOSTER, Deputy/Guard,
Benton County Detention Center;
and HUNTER PETRAY, Jail
Commander, Benton County
Detention Center                                            DEFENDANTS

**<u>ORDER</u>**

       As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **June 26, 2007**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

       IT IS SO ORDERED this 15th day of March 2007.

                                                      /s/ *J. Marschewski*
                                                      HON. JAMES R. MARSCHEWSKI
                                                      UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)